1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| CHINH VAN LE, | ) | 1:08-CV-01436 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DISCHARGING ORDER TO SHOW |
| | ) | CAUSE |
| v. | ) | [Doc. #8] |
| | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| ALBERTO GONZALES, et al., | ) | OF HABEAS CORPUS AND DIRECTING |
| | ) | CLERK OF COURT TO ENTER JUDGMENT |
| Respondents. | ) | |

17    _____Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has

18  filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

19        On September 30, 2008, the Court issued an order directing Respondent to show cause why

20  the petition should not be granted. On October 21, 2008, Respondent filed a response to the order to

21  show cause and moved for dismissal of the petition for mootness. Respondent states Petitioner has

22  been released from custody on an order of supervision. In support of this contention, Respondent has

23  submitted a copy of the Immigration and Customs Enforcement Form I-203, Order to Release Alien.

24  See Attachment A, Response to Order to Show Cause. The form shows Petitioner was released on an

25  order of supervision on October 21, 2008. Id.

26        Accordingly, good cause having been presented and good cause appearing therefor, IT IS

27  ORDERED that the Order to Show Cause of September 30, 2008, is DISCHARGED, and

28  Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is DISMISSED. The

1    Clerk of Court is DIRECTED to enter judgment.

2

3          IT IS SO ORDERED.

4    **Dated:    December 3, 2008**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                              2